IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO.    09- |
| | : | |
| v. | : | DATE FILED:    October 6, 2009 |
| | : | |
| GEORGE OYAKHIRE, | : | VIOLATIONS: |
| a/k/a/ "Oliver Oyakhire," | : | 18 U.S.C. § 371 (conspiracy - 1 count) |
| LEATHA TAYLOR | : | 18 U.S.C. § 912 (false personation of |
| | : | officer or employee of the U.S. - 1 count) |
| | : | 18 U.S.C. § 1001 (false statements to |
| | : | government officials - 2 counts) |
| | : | 18 U.S.C. § 1542 (false statement in |
| | : | application and use of passport - 1 count) |
| | : | 18 U.S.C. § 2 (aiding & abetting and |
| | : | willfully causing) |

INDICTMENT

COUNT ONE

THE GRAND JURY CHARGES THAT:

At all times material to this indictment:

1.      In or about 2007 to the present, defendants GEORGE OYAKHIRE, a/k/a

"Oliver Oyakhire," and LEATHA TAYLOR resided and worked in the Eastern District of

Pennsylvania.

THE CONSPIRACY

2.      In or about June 2007, in the Eastern District of Pennsylvania and

elsewhere, defendants

GEORGE OYAKHIRE
a/k/a "Oliver Oyakhire," and
LEATHA TAYLOR

conspired and agreed, together with others known and unknown to the grand jury, to commit an

36

offense against the United States, that is, to falsely assume and pretend to be an officer or employee acting under the authority of the United States or any of its departments, agencies, and officers, and acting as such, in violation of Title 18, United States Code, Section 912.

## MANNER AND MEANS

3.     After defendant GEORGE OYAKHIRE, a/k/a "Oliver Oyakhire," entered the United States from Nigeria in or about 1984, he created a false identity, namely "Oliver Oyakhire." In or about 1988, defendant OYAKHIRE applied for Temporary Permanent Residence as a seasonal agricultural worker under the name "Oliver Oyakhire." "Oliver Oyakhire" received this lawful immigration status, which defendant OYAKHIRE parlayed into lawful permanent resident status in or about 1990, and ultimately naturalization as a United States citizen in or about 1996 under the name "Oliver Oyakhire."

4.     In or about 1996, defendant GEORGE OYAKHIRE, a/k/a "Oliver Oyakhire," obtained a United States passport in the name of "Oliver Oyakhire."

5.     Defendant GEORGE OYAKHIRE, a/k/a "Oliver Oyakhire," did not enjoy the same success in obtaining lawful immigration status under his real name. Lacking a basis for lawful immigration status, in or about 2000, defendant GEORGE OYAKHIRE, a/k/a "Oliver Oyakhire," was ordered to depart the United States no later than on or about October 14, 2000.

6.     Instead of departing the United States as ordered, however, defendant GEORGE OYAKHIRE, a/k/a "Oliver Oyakhire," remained in the United States under the name "Oliver Oyakhire."

7.     As part of his fraudulent efforts to live in the United States under the name "Oliver Oyakhire," defendants GEORGE OYAKHIRE, a/k/a "Oliver Oyakhire," and LEATHA

2

37

TAYLOR agreed that defendant TAYLOR would sign a letter sent to New Jersey City University while pretending to be an employee of the Social Security Administration to demand a change in the records associated with "Oliver Oyakhire," namely, that the Social Security Number associated with "Oliver Oyakhire" be changed to reflect the Social Security Number issued to "Oliver Oyakhire" rather than the Social Security Number issued to defendant GEORGE OYAKHIRE.

## OVERT ACTS

In furtherance of the conspiracy and to accomplish its objects, defendants GEORGE OYAKHIRE, a/k/a "Oliver Oyakhire," and LEATHA TAYLOR committed the following overt act, among others, in the Eastern District of Pennsylvania:

1.      In or about June 2007, defendant GEORGE OYAKHIRE telephoned the registrar's office of New Jersey City University and, identifying himself as "Oliver Oyakhire," requested that the SSN on his transcripts be changed to a different SSN.

2.      On or about June 15, 2007, in Philadelphia, defendant LEATHA TAYLOR, posing as an employee of the Social Security Administration, signed a letter, which was sent to New Jersey City University in the name of "SSA Service Representative Shelly Taylor."

All in violation of Title 18, United States Code, Section 371.

3

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT**:

1.      Paragraphs 1, and 3 through 7, and the Overt Acts of Count One of this Indictment are realleged here.

2.      In or about June 2007, in the Eastern District of Pennsylvania and elsewhere, defendants

**GEORGE OYAKHIRE**
**a/k/a "Oliver Oyakhire," and**
**LEATHA TAYLOR**

falsely assumed and pretended, and aided and abetted and willfully caused the false assumption and pretense, to be an officer or employee acting under the authority of the United States and any of its departments, agencies, and officers, and acted as such; that is, defendant LEATHA TAYLOR pretended to be an employee of the Social Security Administration when she requested that New Jersey City University change its records relating to "Oliver Oyakhire" to reflect a different Social Security Number.

In violation of Title 18, United States Code, Sections 912 and 2.

4

39

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

1.     Paragraphs 1, and 3 through 7, and the Overt Acts of Count One of this Indictment are realleged here.

2.     Between in or about August 2007 and in or about May 2008, in Philadelphia, in the Eastern District of Pennsylvania and elsewhere, defendant

**GEORGE OYAKHIRE,**
**a/k/a "Oliver Oyakhire,"**

in a matter within the jurisdiction of the Social Security Administration (SSA) and the Veteran's Administration (VA), both agencies of the executive branch of the United States, knowingly and willfully falsified, concealed, and covered up material facts by trick, scheme, and device, and made materially false, fictitious, and fraudulent statements and representations, that is, defendant OYAKHIRE told agents of the Offices of Inspector General for the Social Security Administration and the Veteran's Administration that his true identity was "Oliver Oyakhire," with a particular Social Security Number and date of birth, and falsely denied that he was, in fact, "George Oyakhire" with a different Social Security Number and date of birth.

In violation of Title 18, United States Code, Section 1001.

5

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

1. Paragraphs 1, and 3 through 7, and the Overt Acts of Count One of this Indictment are realleged here.

2. On or about May 27, 2008, in Philadelphia, in the Eastern District of Pennsylvania and elsewhere, defendant

## LEATHA TAYLOR

in a matter within the jurisdiction of the Social Security Administration (SSA) and the Veteran's Administration (VA), both agencies of the executive branch of the United States, knowingly and willfully falsified, concealed, and covered up material facts by trick, scheme, and device, and made materially false, fictitious, and fraudulent statements and representations, that is, defendant TAYLOR falsely claimed that "George Oyakhire" was the brother of "Oliver Oyakhire."

In violation of Title 18, United States Code, Section 1001.

6

41

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. Paragraphs 3 through 6 of Count One of this Indictment are realleged here.

2. On or about April 11, 2006, in Philadelphia, in the Eastern District of Pennsylvania and elsewhere, defendant

**GEORGE OYAKHIRE,**
**a/k/a "Oliver Oyakhire,"**

willfully and knowingly made false statements in an application for renewal of a United States passport; with intent to induce and secure for his own use, the renewal of a passport under the authority of the United States, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, that is, defendant GEORGE OYAKHIRE falsely stated in a passport renewal application that his name was "Oliver Oyakhire" when in fact, defendant OYAKHIRE knew those statements to be false.

In violation of Title 18, United States Code, Section 1542.

**A TRUE BILL:**

_____**GRAND JURY FOREPERSON**

**/s/ Michael L. Levy**_____
**MICHAEL L. LEVY**
**United States Attorney**

7

42